(Docket Entry Nos. 353, 354, 357)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | | |
|---|---|---|
| _____ : | | |
| McKOWAN LOWE & CO., LTD., : | | |
| : | | |
| Plaintiff, : | Civil No. 94-5522 (RBK) | |
| : | | |
| v. : | **ORDER** | |
| : | | |
| JASMINE, LTD., et al., : | | |
| : | | |
| Defendants. : | | |
| _____ : | | |
| : | | |
| HARRY BERGER, individually : | | |
| and on behalf of a class : | | |
| similarly situated, : | | |
| : | | |
| Plaintiff, : | Civil No. 96-2318 (RBK) | |
| : | | |
| v. : | | |
| : | | |
| JASMINE, LTD., et al., : | | |
| : | | |
| Defendants. : | | |
| _____ : | | |

THIS MATTER having come before this Court upon (1) motion for summary judgment on all claims by defendant Arthur Andersen LLP ("Andersen"); (2) motion for summary judgment on all claims by defendants Sands Brothers & Co., Steven Sands, and Martin Sands ("Sands Defendants"); and (3) motion for summary judgment on the class claims under sections 11 and 12(a)(2) of the Securities Act of 1933 by plaintiffs Harry Berger and Bernard

Cutler; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

    IT IS hereby **ORDERED** that:

    1.    Andersen's motion for summary judgment is **GRANTED IN PART** as to the section 10/Rule 10b-5, section 11, and fraudulent misrepresentation claims; and **DENIED IN PART** as to the remaining state law claims; and

    2.    The Sands Defendants' motion for summary judgment is **GRANTED IN PART** as to the section 10/Rule 10b-5 and section 11 claims; and **DENIED IN PART** as to the section 12(a)(2) claim and the remaining state law claims; and

    3.    Plaintiffs' motion for partial summary judgment is **DENIED.**


Dated:    June 30, 2005        /s/ Robert B. Kugler
                                      ROBERT B. KUGLER
                                      United States District Judge