(Docket Nos. 416, 417, 421, 424, 425)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | | |
|---|---|---|
| McKOWAN LOWE & CO., LTD., | : | |
| Plaintiff, | : | Civil No. 94-5522 (RBK) |
| v. | : | **ORDER** |
| JASMINE, LTD., et al., | : | |
| Defendants. | : | |
| HARRY BERGER, individually and on behalf of a class similarly situated, | : | |
| | : | Civil No: 96-2318 (RBK) |
| Plaintiff, | : | |
| v. | : | |
| JASMINE, LTD., et al., | : | |
| Defendants. | : | |

THIS MATTER having come before the Court on separate motions for summary judgment by Defendants Arthur Andersen LLP ("Andersen"), Defendants Sands Brothers & Co., Ltd., Steven Sands, Martin Sands, and Sherman Henderson ("Sands Defendants"), McKowan Lowe & Co., Ltd., Tony Ngai, and Evelyn Wong ("McKowan Defendants"), Melvin Twersky and Edward Maskaly ("Twersky and Maskaly"), Thomas Ciocco, Samuel Mangel, and Irving Mangel ("Jasmine Defendants"); and the Court having considered the moving papers, and the oppositions thereto; and for the reasons

expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that the Motions for Summary Judgment by Andersen [416], the Sands Defendants [417], the McKowan Defendants [421], Twersky and Maskaly [424], and the Jasmine Defendants [425] are GRANTED;

IT IS FURTHER ORDERED that Counsel will submit a statement on or before January 16, 2006, advising the Court of any unresolved claims against any Defendants remaining in the above-captioned case in light of this Order.


Dated:    12-20-05                    S/Robert B. Kugler
                                 ROBERT B. KUGLER
                                 United States District Judge